IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ANALISA RUIZ,

      Plaintiff,

v.                                                                  Case No. 26-cv-1011

CITY OF WAUKESHA, and Waukesha
Police Officers JACOB ROTH, and
MATTHEW CLARK,

      Defendants.

---

## COMPLAINT

---

Plaintiff Analisa Ruiz, by and through her attorneys, the People's Law Office, for her complaint against Defendants City of Waukesha, and Waukesha police officers Jacob Roth and Matthew Clark, hereby alleges as follows:

### INTRODUCTION

1. In the early morning hours of November 1, 2025, Plaintiff Analisa Ruiz, a registered nurse who was four months pregnant with twins, was awakened by a loud noise in her apartment, prompting her to call 911. As she was on the phone with 911, she quickly realized that everything was fine and told the operator that she did not need the police.

2. A short while later, Defendant Waukesha police officers Jacob Roth and Matthew Clark arrived at Plaintiff's apartment and knocked on the front door. After Plaintiff opened the door and stepped into the hallway to speak to them, Roth illegally entered her apartment, Roth and Clark violently threw her face down on the ground, and Roth tased her, all without

justification. Roth and Clark handcuffed and arrested Plaintiff, who was injured and terrified that her unborn children had been harmed from the electric shocks that coursed through her body.

## JURISDICTION AND VENUE

3. This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of law of Plaintiff's rights as secured by the United States Constitution.

4. This Court has jurisdiction over federal claims pursuant to 28 U.S.C. § 1331.

5. Venue is proper under 28 U.S.C. § 1391(b). Defendant City of Waukesha is a municipal corporation located within this judicial district. Additionally, the events giving rise to the claims asserted herein occurred within this judicial district.

## PARTIES

6. Plaintiff Analisa Ruiz is a 31-year-old Latina woman and a resident of the City of Waukesha.

7. Defendant City of Waukesha is a Wisconsin municipal corporation and is required to pay any tort judgment for damages for which its employees are liable for acts within the scope of their employment.

8. Defendants Jacob Roth and Matthew Clark, at all times relevant to this action, were Waukesha Police Department officers employed by the City of Waukesha. They are being sued in their individual capacity.

9. These Defendants, at all times relevant to this action, were acting under color of law, were carrying out their duties as Waukesha police officers, and were acting within the scope of their employment with the City of Waukesha.

## FACTUAL ALLEGATIONS

10. Plaintiff Analisa Ruiz is a 31-year-old registered nurse.

2

11. On November 1, 2025, Plaintiff was four months pregnant with twins and lived in an apartment in the City of Waukesha with her husband.

12. In the early morning hours of November 1, 2025, Plaintiff was sleeping in the bedroom of her apartment when she was awakened by a loud noise coming from another room.

13. Plaintiff was startled and called 911.

14. Plaintiff told the 911 operator that her husband was breaking and throwing things.

15. After quickly realizing that she was mistaken and that her husband had not thrown anything, Plaintiff told the 911 operator that she did not need the police and hung up the phone.

16. A short time later, Defendant Waukesha police officers Roth and Clark arrived at Plaintiff's apartment and knocked on the front door.

17. Plaintiff opened the front door, stepped out into the hallway to speak to Defendants Roth and Clark, and closed the door behind her.

18. Plaintiff was 5'6" tall and weighed 140 pounds. She was wearing a T-shirt and was visibly pregnant.

19. Defendant Roth opened the front door of Plaintiff's apartment without permission.

20. Defendants Roth and Clark violently grabbed Plaintiff and threw her to the ground without justification.

21. Defendant Roth entered the apartment without a warrant and without any permissible legal reason.

22. As Plaintiff was lying on the ground, Defendant Clark put his weight on her, choked her, and pulled her hands behind her back to handcuff her.

3

23. Although Plaintiff obviously could not lie face down on her stomach due to her being four months, pregnant, she did not resist being handcuffed.

24. As Plaintiff was lying on the ground, Defendant Roth kicked her in the body without justification.

25. As Defendant Clark had Plaintiff restrained on the ground, Defendant Roth fired his taser at her without justification.

26. The taser barbs entered Plaintiff's thigh and calf, shocking her and causing her excruciating pain.

27. Plaintiff could feel the electricity surging through her body and was terrified that her unborn children were being harmed.

28. Throughout Defendants' assault, Plaintiff's husband repeatedly yelled at the Defendants that Plaintiff was pregnant.

29. Defendants arrested Plaintiff for resisting arrest despite having no reasonable suspicion or probable cause to believe that she had committed a crime.

30. At a certain point after Plaintiff was handcuffed, Defendant Clark entered the apartment without a warrant and without any permissible legal reason.

31. Eventually, Defendants allowed Plaintiff to sit up, EMS arrived, and Plaintiff was taken by ambulance to the hospital.

32. At the hospital, Defendants handcuffed Plaintiff to a hospital bed while a doctor performed an ultrasound to make sure that her unborn children were still alive.

33. After the ultrasound was finished, Defendants uncuffed Plaintiff and released her from custody.

4

34. Defendants referred the criminal charges to the Waukesha County District Attorney's Office which, several months later, declined to prosecute.

35. As a direct and proximate result of Defendants' actions, Plaintiff suffered and continues to suffer, among other things, physical injuries, emotional distress, terror, anguish, humiliation, shame, fear, and embarrassment, loss of liberty and medical expenses.

## Count I – 42 U.S.C. § 1983
## Excessive Force

36. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

37. The actions of Defendants Roth and Clark in using excessive, unjustifiable, and unnecessary force against Plaintiff and failing to intervene to protect Plaintiff from each other's excessive use of force despite having the duty and opportunity to do so, violated Plaintiff's Fourth Amendment right to be free from unreasonable seizures, and caused the injuries set forth above.

## Count II – 42 U.S.C. § 1983
## Unlawful Entry

38. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

39. The actions of Defendants Roth and Clark in entering Plaintiff's home without a warrant and without justification violated Plaintiff's Fourth Amendment right to be secure in her person, house, papers, and effects, against unreasonable searches and seizures, and caused the injuries set forth above.

## Count III – 42 U.S.C. § 1983
## False Arrest and Imprisonment

40. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

41. The actions of Defendants Roth and Clark in falsely arresting and/or imprisoning Plaintiff, without probable cause, violated her Fourth and Fourteenth right to be free from unreasonable searches and seizures, and caused the injuries set forth above.

**Count IV – State Law Claim**
**Indemnification**

42. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

43. Wisconsin law, Wis. Stat. § 895.46, requires public entities to pay any tort judgment for damages for which employees are liable for acts within the scope of their employment.

44. At all times relevant to this action, Defendants Roth and Clark committed the acts alleged above in the scope of their employment with Defendant City of Waukesha.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff Analisa Ruiz asks that this Court enter judgment in her favor and against Defendants City of Waukesha, Jacob Roth and Matthew Clark, awarding compensatory damages against all Defendants and punitive damages against Defendants Roth and Clark, attorneys' fees and costs, pre- and post-judgment interest as well as any other relief this Court deems appropriate.

**JURY DEMAND**

Plaintiff Analisa Ruiz demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

Dated: June 5, 2026                    Respectfully submitted,

                                       /s/ Ben H. Elson
                                       Ben H. Elson
                                       G. Flint Taylor, Nora P. Snyder
                                       PEOPLE'S LAW OFFICE
                                       1180 N. Milwaukee Ave.
                                       Chicago, IL  60642
                                       (773) 235-0070
                                       ben@peopleslawoffice.com
                                       flinttaylor@peopleslawoffice.com
                                       norasnyder@peopleslawoffice.com

                                       Attorneys for Plaintiff

7